UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:    Luke Fonash | ) | 09 B 25887 |
| | ) | |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

*Notice Of Motion/ Certificate Of Service*

Luke Fonash
1040 West Adams Street Unit 419
Chicago, IL  60607

Peter L Berk Law Office
via the clerk's ECF noticing procedures

On 09/22/09 at 11:00 A.M. I will appear in:

Courtroom 613
219 S Dearborn St
Chicago, IL  60604   and present this motion, a copy of which is hereby served upon you. I certify under penalty of perjury that I caused a copy of this notice be mailed to the above listed persons by first class US mail, postage prepaid, on or before 09/14/09.

/s/ Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

---

*Motion to Dismiss for Unreasonable Delay*

COMES NOW Marilyn O Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 USC §1307(c), and in support thereof states the following:

1. Debtor(s) filed for chapter 13 on July 17, 2009.

2. Debtor(s) have/has failed to satisfy the requirements of the bankruptcy code and meet their burden to confirm a plan in a reasonable time.

3. Debtor must amend SOFA numbers 19 & 19(d), 27,28, and 30.

4. Debtor must amend plan for feasibilty running over sixty months, also budget seems excessive.

5. Debtor(s) failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee
224 South Michigan Ave. Suite 800
Chicago, Illinois 60604 (312)431-1300